UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

RAMON F. FLORES                                              MOVANT/DEFENDANT

v.                                         CRIMINAL ACTION NO. 3:10-CR-00051-CRS-DW

UNITED STATES OF AMERICA                          RESPONDENT/PLAINTIFF

<u>Order</u>

For the reasons set forth in the memorandum opinion and the Court being otherwise sufficiently advised, the objections of Defendant Ramon F. Flores to the Report and Recommendation issued by Magistrate Judge Dave Whalin on February 6, 2017 are **OVERRULED**. The Report and Recommendation is **ACCEPTED** and **ADOPTED** in full.

Flores's petition to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is **DENIED**. The petition is **DISMISSED** with prejudice. Flores's request for a certificate of appealability is also **DENIED**. ¶

April 24, 2017

**Charles R. Simpson III, Senior Judge**
**United States District Court**