FILED
JAMES J. VILT, JR. - CLERK

JAN 27 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  3:10-CR-0051-S |
| Plaintiff, | |
| v. | DECLARATION OF RAMON FLORES IN SUPPORT OF REDUCTION OF MY SENTENCE. |
| RAMON F. FLORES, | |
| Defendant, | |

I Ramon Flores, declare and state under penalty of perjury pursuant to the laws of the United States of America that I have personal knowledge of the facts stated herein and if called to testify would state the same.

1.   I have been imprisoned for 15 years thus far, housed at five different prisons and most likely six, given Terminal Island recent impulsive decision to close this very positive base facility.

2.   Each prison has had a unique effect on my character after my conviction, I was in denial.  I continued to be self-absorbed selfish and self-centered, angry with the court, my lawyers and the system as a whole.

3. Not once did I stop to think that I put myself in prison, it was everyone elses fault and others to blame. I would try of course to mitigate and escape the damage I had brought upon myself with the appeals court and other desperate court motions, all failing to free me, not because of poor lawyers bias judges or the plaintiff but because the foundation of my crime was that I was in fact guilty.

4. As my prison timeline continues, I would stay busy participating in various offered prison courses. (Earning a GED)

5. The court date of my offense is recorded as May 10, 2010. Just prior to my poor decision to begin breaking the law, my mother would die of a brain tumor. Her death was extremely difficult for me. I have lost numerous loved ones while in prison. Despite the CFR § 570, 33 Justification for furlough and the command of U.S.C. § 3622(a)(1) and (2) citing (visit a dying relative or attend a family members funeral. Here the BOP denied.

6. I would lose my father, El Pidio Flores, to lung cancer in 2015. I would lose my brother and co-conspirator, Abel Flores, in 2019. Abel would receive an extremely long sentence as well, of thirty years. Unfortunately, my brother would take his own life in prison, a tragic result of the hopelessness experienced while incarcerated. Three years later, I lost my sister, Judith Lopez Flores, in November of 2022 to pancreatic cancer.

7. I felt overwhelming remorse, as had I chosen a different path, I would have been available to comfort all my family members during this difficult time in their lives.

2

8.    One of my three remaining siblings is my older brother, who struggles with Parkinson's disease.  It is one of my amends to my remaining family to assist in his care if released.  Currently my siblings and extended family members are doing their best to shoulder his care, as my added hands will be welcomed.

9.    As I transfer from one correctional institution to another, I began to take ownership in my crime.  I experience empathy for society, as I realized I was putting a very large amount of an illegal substance and the effect that it was harmful to society, my involvement to distribute cocaine had a serious impact on hundreds of individuals with addictions, who otherwise may have recovered from drug use.  I would heal mentally and I began to take great comfort knowing I was no longer supplying this form of misery to society.

10.    I would have gratitude for the law stopping me from carrying out my crime, a crime that hurt everyone.  I am ashamed and will never return to this unlawful behavior.

11.    The death of my sister hit hard and a reminder my family has a history of cancer.  It gave me a moment of clarity that I am at risk of cancer.  However, what was far more clear, is my time to make amends to society and the ability to return the unconditional love my daughter has shown me, could be cut short by this disease.

12.    I do not want to be remembered within the history books as a criminal statistic that died in prison, but rather a reformed individual that contributed to society as a good human being.

3

13.    I am requesting the court grant me a sentence of two hundred and forty months (240) as sufficent time to promote respect for the law and prevent crime, and a reasonable punishment for my serious crime.

14. Others convicted of the same offense will receive two hundred and forty months as demonstrated in my supporting brief and exhibits.

15. I understand the sentence imposed on 2013 of 30 years, might have been approiate, but we are now 15 years into the future and I am a different man. As a reminder the language of 18 U.S.C. §3582(c)(1)(A) is a safety valve where it would be inequitable to have the convicted remain in prison.

16. I believe I have met the standard for release as holding me will be leaving me to languish in prison. The price of a convicted mans release should not demand an individual be terminally ill.

17. My current release date with good time credits applied is August 30, 2035.

18. Provided the court accepts and grants my reduction motion my release date with good time credits applied is estimated at May 10th 2028.

19. Given that I have been incarcerated for 15 years will require some adjustment for me to re-enter society. I will request the maximum stay possiable pursunt to second chance act at a residential re-entry center (RRC). I want to ensure I will be able to be mentally grounded when I enter the communities main stream.

20. I ask the court to view all I have presented and grant my reduction.

Signed this ___19th___ day of __January__ , 2026 at the county of Los Angeles.

By Ramon F Flores

Ramon Flores
Reg No. 24538-298

4

Ramon F. Flore
Reg No. 24538-298
FCI Terminal Island
P.O. Box 3007
San Pedro, CA 90733



Clerk of United States District Court
Western District of Kentucky
Louisville Division
601 West Broadway #106
Louisville, KY 40202-2238

FILED
JAMES J. VILT, JR. - CLERK

JAN 27 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY