TRULINCS 24538298 - FLORES, RAMON F - Unit: FLF-T-A

------------------------------------------------------------------------------------------

FROM: Aid, Legal
TO: 24538298
SUBJECT: Requested Mot Re Extension of Time
DATE: 04/27/2026 11:06:01 PM

FILED
JAMES J. VILT, JR. - CLERK

MAY 04 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAMON F. FLORES,

Defendant.

Case No. 3:10-cr-00051-CRS
Senior Judge Charles R. Simpson III

PRO SE DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF PURSUANT TO FED. R. CRIM. P. 45(b)

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

Defendant Ramon F. Flores, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Criminal Procedure 45(b) for an extension of time to file his Reply brief in support of his Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (DN 1202). In support thereof, Mr. Flores states as follows:

I. BACKGROUND

1. On or about January 27, 2026, Mr. Flores filed a pro se Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (DN 1202).

2. On February 2, 2026, this Court entered an Order (DN 1203) directing the United States to file a response by no later than Tuesday, March 10, 2026, and affording Mr. Flores fourteen (14) calendar days from the date of the Government's filing to submit a reply brief.

3. On or about March 10, 2026, the Government filed its Response in Opposition (DN 1205).

4. At the time the Government's Response was filed, Mr. Flores was in transit between federal Bureau of Prisons facilities. As a consequence of this institutional transfer, the Government's Response was not timely delivered to Mr. Flores, and he has only recently received it at his current place of confinement, FPC Florence, Florence, Colorado.

5. Due to the delay in receiving the Government's Response, Mr. Flores was unable to prepare and file a timely Reply within the fourteen-day period specified in the Court's February 2, 2026 Order.

II. ARGUMENT

Federal Rule of Criminal Procedure 45(b)(1)(B) authorizes a court to extend a time period upon a finding of "excusable neglect" even after the deadline has expired. The Supreme Court in Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership, 507 U.S. 380 (1993), set forth a multi-factor test for excusable neglect, which courts apply in the criminal context. The relevant factors include: (1) the danger of prejudice to the non-moving party; (2) the length of the delay and its potential impact on the proceedings; (3) the reason for the delay; and (4) whether the moving party acted in good faith.

Each factor weighs in favor of granting relief here. First, there is no prejudice to the Government from a brief extension. Second, the delay is minimal and will have no adverse impact on these proceedings. Third, the reason for the delay an institutional transfer entirely outside Mr. Flores's control constitutes good cause and, at minimum, excusable neglect. Fourth, Mr. Flores has acted in good faith, promptly filing this motion upon receiving the Government's Response.

Moreover, pro se litigants are generally entitled to some degree of leniency in procedural matters, particularly where, as here, the failure to meet a deadline resulted from circumstances beyond the defendant's control. See Haines v. Kerner, 404 U.S. 519, 520 (1972). The interests of justice favor permitting Mr. Flores a full and fair opportunity to reply to the Government's arguments.

III. RELIEF REQUESTED

WHEREFORE, Defendant Ramon F. Flores respectfully requests that this Court enter an Order granting him an extension of time to file his Reply brief up to and including June 2, 2026.

Respectfully submitted,

*Ramon F Flores*

Ramon F. Flores, Pro Se
Fed. Reg. No. 24538-298
FPC Florence
P.O. Box 5000
Florence, CO 81226

Dated: April 28, 2026

CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I deposited a true and correct copy of the foregoing Motion for Extension of Time in the institutional mail at FPC Florence, first-class postage prepaid, addressed to:

Jo E. Lawless
Assistant United States Attorney
U.S. Attorney's Office   Western District of Kentucky
717 W. Broadway
Louisville, KY 40202

Dated: April 28, 2026

*Ramon F Flores*

Ramon F. Flores, Pro Se

RAMON F. FLORES REG#24538-298
FPC FLORENCE
P.O. BOX 5000
FLORENCE, CO 81226



DENVER CO 802
30 APR 2026 PM 8 L

FILED
JAMES J. VILT, JR. - CLERK

MAY 0 4 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

40202-223899

⇔24538-298⇔
Court Of Clerk
601 W Broadway
Louisville, KY 40202
United States

Legal MAiL